G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
FELICISIMA NAVALTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICISIMA NAVALTA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | **Case No.:** 2:14-cv-00201-SS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff FELICISIMA NAVALTA hereby voluntarily dismisses her claims, without prejudice, against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:                                    **PRICE LAW GROUP APC**

February 10, 2014

　　　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　Attorney for Plaintiff